## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYDEX TECHNOLOGIES LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ACME CASH REGISTER COMPANY d/b/a SKYBAR USA,<br><br>        Defendant. | Civil Action No. _____<br><br>JURY TRIAL DEMANDED |

### COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Rydex Technologies LLC ("Rydex" or "Plaintiff"), for its Complaint against Defendant Acme Cash Register Company d/b/a Skybar USA, (referred to as "Acme" or "Defendant"), alleges the following:

### NATURE OF THE ACTION

1. This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*

### THE PARTIES

2. Plaintiff Rydex is a limited liability company organized under the laws of the State of Delaware with a place of business at 113 Barksdale Professional Center, Newark, Delaware 19711.

3. Upon information and belief, Acme is a corporation organized and existing under the laws of New Jersey, with a place of business at 238 Main Street, Johnson City, New York 13790 and can be served at that address. Upon information and belief, Acme sells and offers to sell products and services throughout the United States, including in this judicial district, and

introduces products and services that perform infringing processes into the stream of commerce knowing that they would be sold in this judicial district and elsewhere in the United States.

## JURISDICTION AND VENUE

4. This is an action for patent infringement arising under the Patent Laws of the United States, Title 35 of the United States Code.

5. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

6. Venue is proper in this judicial district under 28 U.S.C. §§ 1391(c) and 1400(b).

7. Upon information and belief, Defendant conducts substantial business in this forum, directly or through intermediaries, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct and/or deriving substantial revenue from goods and services provided to individuals in Delaware.

## COUNT I – INFRINGEMENT OF U.S. PATENT NO. 5,913,180

8. The allegations set forth in the foregoing paragraphs 1 through 7 are incorporated into this First Claim for Relief.

9. On June 15, 1999, U.S. Patent No. 5,913,180 ("the '180 patent"), entitled "Fluid Delivery Control Nozzle," was duly and legally issued by the United States Patent and Trademark Office. A true and correct copy of the '180 patent is attached as Exhibit A. On April 26, 2011, re-examination certificate 5,913,180 C1 was duly and legally issued by the United States Patent and Trademark Office (the original patent along with re-exam certificate are collective referred to herein as the "'180 Patent"). A true and correct copy of the reexamination certificate is attached as Exhibit B to this Complaint.

10. Rydex is the assignee and owner of the right, title and interest in and to the '180 patent, including the right to assert all causes of action arising under said patent and the right to any remedies for infringement of it.

11. Upon information and belief, the Defendant has and continues to directly infringe one or more claims of the '180 patent by making, using, selling, importing and/or providing and causing to be used products that have the capability to wirelessly transmit information regarding a fluid delivery to a remote device, which products by way of example include wireless liquor control system such as the Skyflo system (the "Accused Instrumentalities"). Rydex has been harmed by Defendant's infringing activities.

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Rydex demands a trial by jury on all issues triable as such.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Rydex demands judgment for itself and against Defendant as follows:

A. An adjudication that Defendant has infringed the '180 patent;

B. An award of damages to be paid by Acme adequate to compensate Rydex for Acme's past infringement of the '180 patent, and any continuing or future infringement through the date such judgment is entered, including interest, costs, expenses and an accounting of all infringing acts including, but not limited to, those acts not presented at trial;

C. A declaration that this case is exceptional under 35 U.S.C. § 285, and an award of Plaintiff's reasonable attorneys' fees; and

D. An award to Rydex of such further relief at law or in equity as the Court deems just and proper.

Dated:   September 3, 2014        DEVLIN LAW FIRM LLC

       */s/ Timothy Devlin*       
Timothy Devlin (# 4241)
tdevlin@devlinlawfirm.com
1220 North Market Street, Suite 850
Wilmington, Delaware 19801

Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff*
*Rydex Technologies LLC*