# DEVLIN LAW FIRM LLC

1220 North Market Street, Suite 850  Tel.: (302) 449-9010
Wilmington, Delaware 19801  Fax: (302) 353-4251
United States of America  www.devlinlawfirm.com

January 16, 2014

The Honorable Richard G. Andrews
District Court of Delaware
J. Caleb Boggs Federal Building
844 N. North King St., Unit 18
Wilmington, DE  19801-3570

Re: *Rydex Technology LLC v. Acme Cash Register Company*, C.A. No. 14-1123-RGA

Dear Judge Andrews,

In response to the Court's Order to file a status letter (D.I. 5) in the above-referenced civil actions, Plaintiff has communicated with Defendant and has determined that the case should not go forward due to the fact that Defendant has negligible sales of the relevant products, and no longer offers the relevant products for sale.  A dismissal is being concurrently filed with this letter

We are available at the Court's convenience if the Court requires any further information.

Respectfully,

/s/ Timothy Devlin
Timothy Devlin (#4241)
tdevlin@devlinlawfirm.com

cc:  Clerk of Court (by e-filing)
     All Counsel of Record (by e-filing)